Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MALCOLM GOVENDER,                )  Case No: 3:19-cv-00406
                Plaintiff(s),  )
    v.                           )  **APPLICATION FOR**
WESTERN DENTAL SERVICES, INC.    )  **ADMISSION OF ATTORNEY**
                Defendant(s).  )  **PRO HAC VICE**
                                  (CIVIL LOCAL RULE 11-3)

I, Omar T. Sulaiman, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Malcolm Govender in the above-entitled action. My local co-counsel in this case is Nicholas M. Wajda, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2500 South Highland Avenue, Suite 200<br>Lombard, IL 60148 | 11400 West Olympic Blvd, Suite 200M<br>Los Angeles, CA 90064 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (630) 575-8181 | (310) 997-0471 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| osulaiman@sulaimanlaw.com | nick@wajdalawgroup.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6322837.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/23/19

                                      Omar T. Sulaiman
                                      APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Omar T. Sulaiman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 29, 2019

UNITED STATES DISTRICT/MAGISTRATE JUDGE

[Stamp: GRANTED — Judge Jacqueline Scott Corley — United States District Court, Northern District of California]